E-FILED
Thursday, 29 October, 2026 09:32:01 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **IBRAHIM ILDIR,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-cv-3374** |
| | ) | |
| **DETENTION FACILITY CUSTODIAN, MARKWAYNE MULLIN, DAVID J. VENTURELLA, SAMUEL OLSON, and TODD BLANCHE,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

**SUE E. MYERSCOUGH, U.S. DISTRICT JUDGE:**

Before the Court is the Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Emergency Protective Relief (d/e [1]), Petitioner's Emergency Motion for Temporary Restraining Order (d/e [2]), and the Government's Response to Petitioner's Petition for a Writ of Habeas Corpus (d/e [5]).

On October 28, 2026, this case was noticed for a motion hearing on the pending emergency pleadings. A hearing was held wherein counsel for the parties were present via video before Judge

Myerscough. The Petitioner's counsel moved to voluntarily dismiss this case as jurisdiction is not appropriate in the Central District of Illinois. Without objection and for lack of jurisdiction, the Court GRANTED the Petitioner's voluntary dismissal.

THEREFORE, the Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Emergency Protective Relief (d/e [1]) and Petitioner's Emergency Motion for Temporary Restraining Order (d/e [2]) are DISMISSED WITH PREJUDICE. This case is CLOSED. No judgment is to enter.

**IT IS SO ORDERED.**
**ENTERED: October 28, 2026.**
**FOR THE COURT**

/s/ Sue E. Myerscough
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**